IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR115-20 |
| | ) | |
| LISA K. MILLER | ) | |

## ORDER

The defendant, Lisa K. Miller, was sentenced on June 22, 2015 and is in the custody of the Bureau of Prisons.

Surety, Christopher H. Miller, has requested the return of the $2,500.00 cash security posted on the defendant's $25,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by Christopher H. Miller for this defendant, plus all accrued interest thereon, be returned to: Christopher H. Miller at 4239 Aerie Circle, Evans, GA 30809.

This 30th day of July, 2015 at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA